**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Donovan Lee PAGE, Defendant–
Appellant.**

**No. 07–10405
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Feb. 29, 2008.

Christopher R. Wolfe, U.S. Attorney's Office Northern, District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

Raymond J. Rodgers, Federal Public Defender's Office, Northern District of Texas, Fort Worth, TX, for Defendant–Appellant.

Before WIENER, GARZA, and BENAVIDES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender (FPD) appointed to represent Donovan Lee Page in his appeal from his guilty-plea conviction and sentence for bank robbery has filed a motion pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967) and a brief in support. Page has not filed a response. The FPD notes that Page's pro se notice of appeal was untimely. Our independent review of counsel's brief and the record discloses no nonfrivolous issue for appeal. Accordingly, coun-

sel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.